UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN E. SPARKS and CONNIE B. SPARKS**                                                      **PLAINTIFFS**

**V.**                                                                    **CIVIL ACTION NO. 1:06CV401 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY;
and CARL F. NULTA**                                                                                          **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [5] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Jackson County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

That the motion to dismiss [13] filed on behalf of Defendant Carl F. Nulta is hereby **DENIED WITHOUT PREJUDICE** to the right of Defendant Carl F. Nulta to refile his motion following remand.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge